AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DONALD RAY LEE,

      Petitioner,        JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:05-cv-00378-ECR-RAM**

E.K. MCDANIEL, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_ X _  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #11 Amended Petition for Writ of Habeas Corpus is DENIED.

  March 9, 2009        **LANCE S. WILSON**
                                                      Clerk

                                          /s/ Kalani Lizares
                                            Deputy Clerk